**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARL RAYMOND DOLAN, #1004499 | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 4:14cv422 |
| | § | Judge Clark/Judge Mazzant |
| GRAYSON COUNTY DISTRICT ATTORNEY, ET AL. | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore directly assigned to United States Magistrate Judge Amos L. Mazzant. The Second Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that Plaintiff's motion to dismiss [Doc. #9] is **GRANTED** and the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** this **19** day of **September, 2014.**

_____
Ron Clark, United States District Judge